# Third District Court of Appeal

## State of Florida

Opinion filed January 11, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-584
Lower Tribunal No. 18-7455
_____

**Kevter, Inc.,**
Appellant,

vs.

**Brown Family Properties, LLC, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Michael A. Hanzman, Judge.

Law Office of Richard A. Ivers, and Richard A. Ivers (Coconut Creek); Lavin Law Group, P.A., and Andrew T. Lavin, for appellant.

Pryor Cashman LLP, and Brendan S. Everman; Law Offices of John E. Bergendahl, and John E. Bergendahl, for appellees.

Before LOGUE, GORDO, and LOBREE, JJ.

PER CURIAM.

Affirmed.